UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 1:19MJ50 |
| WAQAR UL-HASSAN | : |

## ORDER

Having considered the United States' Motion to Seal the Government's Arrest Warrant, Criminal Complaint, Affidavit, Motion to Seal, and this Order and the relevant law, the Court hereby

**GRANTS** the Motion; and

**ORDERS** the Clerk to seal the Government's Arrest Warrant, Criminal Complaint, Affidavit, Motion to Seal, and this Order to Seal until the initial appearance of the defendant.

Signed this 29th day of April 2019.

_____
JOEL C. HOPPE
UNITED STATES MAGISTRATE JUDGE

1