# UNITED STATES DISTRICT COURT
## Western District of North Carolina

UNITED STATES OF AMERICA

v.

Waqar Ul−Hassan
*Defendant*

)
)
)
)
)
)
)
)

Case No: 3:19−mj−00140−DCK *SEALED*

Charging District's Case No: 1:19MJ50

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the Western District of Virginia

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise − unless I am indicted − to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☑    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __ May 1, 2019 __

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

Peter Adolf
_____
*Printed name of defendant's attorney (if any)*